# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**TERRILEE JOHNSON**

      vs.                                              CASE NUMBER: 5:05-cv-1299 (VEB)

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

_____

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**  that the Commissioner's Motion for Judgment on the Pleadings is GRANTED, Plaintiff's Motion for Judgment on the Pleadings is DENIED, and this action is closed.

All of the above pursuant to the Order of the Honorable Magistrate Judge Victor E. Bianchini, dated the 23rd day of March, 2010.

DATED: March 23, 2010

*[signature]*
Clerk of Court

s/ Melissa Ennis
Melissa Ennis
Deputy Clerk